317

(No. 73-CC-270)

S. S. White, Division of Pennwalt Corporation, Claimant, *vs.* State of Illinois, Department of Corrections, Respondent.

*Opinion filed June 7, 1973.*

S. S. White, Division of Pennwalt Corporation, Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 73-CC-278)

Black Office Equipment, Claimant, *vs.* State of Illinois, Department of Mental Health, Respondent.

*Opinion filed June 7, 1973.*

Black Office Equipment, Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Per Curiam.